# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MANSON FISHER, JR.,<br>AIS 152643, | : | |
| | : | |
| Petitioner, | | |
| vs. | : | CA 05-0623-BH-C |
| | | |
| WILLIAM E. DONALDSON<br>CORRECTIONAL FACILITY, | : | |
| | : | |
| Respondent. | | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 21, 2006 is **ADOPTED** as the opinion of this Court.

**DONE** this 16th day of March, 2006.

                                                                                  s/ W. B. Hand
                                                                          SENIOR DISTRICT JUDGE